IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-486 |
|---|---|
| v.  FILED | |
| BRIAN A. PERRI  SEP 28 2018 | CIVIL ACTION NO. 18-1746 |

KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW** this 28th day of September, 2018, the Petition for Relief filed under 28 U.S.C § 2241 will be considered as if filed under 28 U.S.C. § 2255. It is **ORDERED** the Petition is **DISMISSED** for the reasons stated in the foregoing Memorandum.

All other motions pending are **DENIED** as **MOOT.**

There are no grounds for a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Criminal Cases\15cr486 order dismissing petition.docx

cc: Defendant